IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **STATE FARM FIRE & CASUALTY COMPANY,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | NO. 23-2561 |
| **VIVINT SOLAR DEVELOPER, LLC,** | : | |
| *Defendant.* | : | |

# ORDER

A review of the Court's records shows that Defendant Vivint Solar Developer, LLC has failed to file a pleading in the above-captioned action in response to Plaintiff's Complaint as required by the Court's July 16, 2024 Order (Doc. No. 42).

Accordingly, Plaintiff may file a request with the Clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure. If the Request for Default is not filed within **fourteen (14) days**, the Court will enter an order dismissing the case against Defendant Vivint Solar Developer, LLC for lack of prosecution.

It is so **ORDERED** this 5th day of August, 2024.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**