# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM FIRE & CASUALTY COMPANY,** | **CIVIL ACTION** |
| *Plaintiff*, | |
| v. | NO. 23-2561 |
| **VIVINT SOLAR DEVELOPER, LLC,** | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 5th day of August, 2024, upon seeing that Defendant Vivint Solar Developer, LLC filed an answer to the Complaint on October 24, 2023 (Doc. No. 8), it is hereby **ORDERED** that the Court's Order at Docket No. 43 is **VACATED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
MITCHELL S. GOLDBERG, J.